IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PERKIOMEN VALLEY SCHOOL DISTRICT | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-3009 |
| | : | (Consolidated with 18-3165) |
| R.B., in her own right, and by and through her Parents, K.A. & J.B. | : : | |

**O R D E R**

**AND NOW**, this  13th  day of April 2021, upon consideration of Perkiomen Valley School District's Motion for Summary Judgment (ECF No. 11), and R.B., K.A., and J.B.'s Motion for Summary Judgment (ECF No. 13), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Perkiomen Valley School District's Motion (ECF No. 11) is **DENIED**.

2. R.B., K.A., and J.B.'s Motion (ECF No. 13) is **GRANTED**.

3. Within 30 days of the date of this Order, Perkiomen Valley School District shall issue reimbursement to R.B., K.A, and J.B. in accordance with the accompanying Memorandum.

4. Within 45 days of the date of this Order, both parties shall submit legal memoranda on the issue of reimbursement of attorneys' fees and costs. A hearing will be scheduled if needed.

**IT IS SO ORDERED.**

BY THE COURT:

  /s/ R. Barclay Surrick
**R. BARCLAY SURRICK, J.**